UNITED STATES of America, Plaintiff–Appellee,

v.

David HILL, a/k/a Bo, Defendant–Appellant.

No. 01–7256.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 15, 2001.

David Hill, pro se.

Leslie Bonner McClendon, Office of the United States Attorney, Alexandria, VA, for appellee.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

PER CURIAM.

David Hill seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible

error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hill,* Nos. CR–96–370; CA–01–998 (E.D.Va. July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*